# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>CASTLE & COOKE CALIFORNIA, INC.,<br><br>        Defendant. | CASE NO.  1:05cv00372 REC TAG<br><br>**NEW CASE NUMBER:**<br><br>**1:05-cv-00372 REC DLB**<br><br>ORDER DISQUALIFYING JUDGE AND ORDER  REASSIGNING CASE |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

It is therefore ORDERED that the undersigned HEREBY RECUSES herself as the magistrate judge to whom this case is assigned.

It is FURTHER ORDERED that the Clerk of the Court reassign this case to another magistrate judge for all further proceedings, making appropriate adjustments, if any, in the assignments of cases to compensate for such reassignment.  All further pleadings filed with this court shall use the following new case number: **1:05-cv-00372 REC DLB.**

Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

**Dated:   May 25, 2005**            /s/ Theresa A. Goldner
j6eb3d                               UNITED STATES MAGISTRATE JUDGE

1