

FILED
APR 11 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

LODGED
APR 10 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

1  LINDA S. HUSAR, CA BAR NO. 93989
   DAVID N. BUFFINGTON, CA BAR NO. 196551
2  THELEN REID & PRIEST LLP
   333 South Hope Street, Suite 2900
3  Los Angeles, CA 90071-3048
   Tel. 213.576.8000
4  Fax 213.576.8080

5  Attorneys for DEFENDANT
   CASTLE & COOKE CALIFORNIA, INC.

6

7

8

9              UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      FRESNO DIVISION

12

13 | ADRIAN SMITH,                  | Case No.: 1:05-CV-00372-REC-TAG
14 |              Plaintiff,        |
15 |    vs.                         | NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CASTLE & COOKE CALIFORNIA, INC.
16 | CASTLE & COOKE CALIFORNIA,     |
   | INC. and DOES 1 to 25,         |
17 | inclusive,                     |
18 |              Defendants.       |

19

20    TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR
21 COUNSEL OF RECORD:
22    Please take notice that DEFENDANT CASTLE & COOKE CALIFORNIA,
23 INC. substitutes its counsel of record in this matter.
24                        Former Counsel
25    Klein, Denatale, Goldner, Cooper,
      Rosenlieb & Kimball, LLP
26    4450 California Avenue, 2nd Floor
      Bakersfield, California 93309
27    P.O. Box 11172
28    Bakersfield, California 93389-1172

```
Telephone (661) 395-1000
Facsimile (661) 326-0418
```

Including the following individual attorneys associated with that firm who have appeared in this action:

Paul A. Lafranchise (CA Bar No. 122528)
David D. Blaine (CA Bar No. 196124)

### New Counsel

DEFENDANT CASTLE & COOKE CALIFORNIA, INC.'s new counsel in this matter, on whom all notices and papers should be served, is the firm of:

```
Thelen Reid & Priest LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 576-8000
Facsimile: (213) 576-8080
```

Including the following individual attorneys associated with that firm:

Linda S. Husar (CA Bar No. 93989)
David D. Buffington (CA BAR NO. 196551)

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: __3-5-06__

Klein, Denatale, Goldner, Cooper,
Rosenlieb & Kimball, LLP

By _____
Paul A. Lafranchise

| | | |
|---|---|---|
| 1 | Dated: 2/27/06 | THELEN REID & PRIEST, LLP |
| 2 | | |
| 3 | | By _____ Linda S. Husar |
| 4 | | |
| 5 | Dated: 2/27/06 | CASTLE & COOKE CALIFORNIA, INC. |
| 6 | | |
| 7 | | By _____ Mary J. Garnett Vice President, General Counsel |
| 8 | | |
| 9 | IT IS SO ORDERED: | |
| 10 | | |
| 11 | Dated: 4/11/06 | _____ UNITED STATES DISTRICT JUDGE |

-3-

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CASTLE & COOKE CALIFORNIA, INC